UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00134-FDW

| | |
|---|---|
| LYNN KAREN HOCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Stay Case through May 1, 2022, (Doc. No. 16). For the reasons stated in the Motion, the Court GRANTS the Motion to Stay, (Doc. No. 16). This matter shall be STAYED through May 1, 2022.

IT IS SO ORDERED.

Signed: February 18, 2022

Frank D. Whitney
United States District Judge