UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-134-MOC

| | |
|---|---|
| LYNN KAREN HOCK, | ) |
| Appellant, | ) |
| vs. | ) ORDER |
| U.S. DEPT. OF EDUCATION, | ) |
| Appellee. | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Continue the Stay in this action until December 31, 2022. (Doc. No. 21). The motion is **GRANTED**.

Signed: September 2, 2022

Max O. Cogburn Jr.
United States District Judge

1