UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-134-MOC

| | |
|---|---|
| LYNN KAREN HOCK, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| U.S. DEP'T OF EDUCATION, ) | |
| ) | |
| Appellee. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Continue the Stay in this action until June 30, 2023. (Doc. No. 24). The motion is **GRANTED**.

Signed: February 1, 2023

Max O. Cogburn Jr
United States District Judge

1