UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV134-MOC

| | |
|---|---|
| LYNN KAREN HOCK, | ) |
| Appellant, | ) |
| v. | ) |
| U.S. DEPARTMENT OF EDUCATION, | ) |
| Appellee. | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Continue Stay in this action until September 1, 2023. (Doc. No. 26). The motion is **GRANTED.**

It is further ordered that the United States Department of Education's Appellee Brief and Designation of Items for Record on Appeal will be due September 1, 2023, with the Appellant's Reply Brief due September 14, 2023.

Signed: July 14, 2023

Max O. Cogburn Jr
United States District Judge